UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANY L. HOLMES,** | CIVIL ACTION NO. 2:17-cv-12192 |
| Plaintiff, | JUDGE MARY ANN VIAL LEMMON |
| v. | |
| | MAGISTRATE JANIS VAN MEERVELD |
| **GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.** | |
| Defendant. | |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

IT IS ORDERED that the above cause be and the same is hereby DISMISSED, with prejudice, as to all claims of Plaintiff, Tiffany L. Holmes, against Defendant, General Dynamics Information Technology, Inc. with each party to bear her or its own attorneys' fees and costs.

SIGNED this __16th__ day of __July__, 2018.

_____
UNITED STATES DISTRICT JUDGE
MARY ANN VIAL LEMMON